**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL MYERS, | NO. CV 10-144-CW |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: May 25, 2011

_____
CARLA M. WOEHRLE
United States Magistrate Judge